AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF      DELAWARE

LABORERS WELFARE FUND OF DELAWARE LOCAL NO. 199, LABORERS OF DELAWARE LOCAL UNION NO. 199 PENSION PLAN, LOCAL 199 LABORERS INTERNATIONAL UNION OF NORTH AMERICA ANNUITY PLAN, LABORERS LOCAL 199 TRAINING AND APPRENTICESHIP FUND, LABORERS LOCAL 199 VACATION FUND (administered through the Laborers Welfare Fund of Delaware Local 199) and LABORERS'-EMPLOYERS' COOPERATIVE EDUCATION TRUST FUNDS, and LABORERS INTERNATIONAL UNION OF NORTH AMERICA, LOCAL NO. 199 AFL-CIO

        Plaintiff(s),

V.

Healy Long & Jevin, Inc.

        Defendant(s).

07-490

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 07-CV-

TO: (Name and address of defendant)

    Healy Long & Jevin, Inc.
    John E. Healy, IV, Registered Agent
    2000 Rodman Road
    Wilmington, DE 19805

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    Timothy J. Snyder, Esquire
    Young Conaway Stargatt & Taylor, LLP
    The Brandywine Building
    1000 West Street, 17th Floor
    P. O. Box 391
    Wilmington, DE 19899-0391

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.    PETER T. DALLEO         AUG 0 3 2007

CLERK                                     DATE

_Evette Walker_

(BY) DEPUTY CLERK
AO 440 (Rev 10/93) Summons in a Civil Action

• AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 8/9/07 | |
| NAME OF SERVER (PPJNT) KEVIN S DUNN | TITLE SPECIAL PROCESS SERVER | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): SERVED: HEALY LONG & JEVIN, INC. AT 2000 RODMAN RD. WILMINGTON, DE. THE SUMMONS WAS PERSONALLY LEFT WITH AN ADULT WOMAN, BEING OVER THE AGE OF 18 (WHO REFUSED TO IDENTIFY HERSELF BY NAME), IN ACCORDANCE WITH 8 DEL. C. SEC 321 (a)

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8/8/07
                    Date

*Signature of Server*
BRANDYWINE PROCESS SERVERS, LTD.
P.O. BOX 1360
WILMINGTON, DE 19899-1360
302- 475-2600

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.