IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LABORERS WELFARE FUND OF DELAWARE LOCAL NO. 199, LABORERS OF DELAWARE LOCAL UNION NO. 199 PENSION PLAN, LOCAL 199 LABORERS INTERNATIONAL UNION OF NORTH AMERICA ANNUITY PLAN, LABORERS LOCAL 199 TRAINING AND APPRENTICESHIP FUND, LABORERS LOCAL 199 VACATION FUND (administered through the Laborers Welfare Fund of Delaware Local 199) and LABORERS-EMPLOYERS' COOPERATIVE EDUCATION TRUST FUNDS<br><br>and<br><br>LABORERS INTERNATIONAL UNION OF NORTH AMERICA, LOCAL NO. 199 AFL-CIO<br><br>Plaintiffs<br><br>v.<br><br>RODMAN CONSTRUCTION COMPANY, INC.<br><br>and<br><br>HEALY LONG & JEVIN, INC.<br><br>Defendants | CIVIL ACTION<br>NO. 07-CV-490(JJF) |

**NOTICE OF VOLUNTARY DISMISSAL**

Plaintiffs hereby voluntarily dismiss this action with prejudice in accordance with Rule 41 of the Federal Rules of Civil Procedure.

Dated: September 13, 2007

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

*/s/ Timothy J. Snyder*
Timothy J. Snyder (No. 2408)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899-0391
Telephone: (302) 571-6645
Telefax: (302) 576-3336
Email: tsnyder@ycst.com

Of Counsel:

Jonathan Walters, Esquire
MARKOWITZ & RICHMAN
121 S. Broad Street, Suite 1100
Philadelphia, PA 19107
Telephone: (215) 875-3121
Telefax: (215) 790-0668
Email: jwalters@markowitzandrichman.com

Attorneys for Plaintiffs